In re:                                                                    Case No. 19-03576-HWV
Larry D. Smith, Jr.                                                       Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: KADavis          Page 1 of 1          Date Rcvd: Oct 18, 2019
                             Form ID: ntnew341       Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db             +Larry D. Smith, Jr.,   14731 Trout School Road,   Felton, PA 17322-8227
5237961        +KML Law Group, PC,   BNY Mellon Independence Center,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
5259630        +Lakeview Loan Servicing, LLC,   PO Box 840,   Buffalo, NY 14240-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5237958        +E-mail/Text: bankruptcynotices@fifsg.com Oct 18 2019 19:11:40
                 First Investors Financial Services,   380 Interstate North Parkway #300,
                 Atlanta, GA 30339-2222
5237959        +E-mail/Text: cio.bncmail@irs.gov Oct 18 2019 19:11:37     Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
5237960         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 18 2019 19:11:48     Jefferson Capital Systems, LLC,
                 16 Mcleland Road,   PO Box 7999,   Saint Cloud, MN 56302-9617
5237962        +E-mail/Text: camanagement@mtb.com Oct 18 2019 19:11:39     M&T Bank,
                 Attn: Legal Document Processing,   626 Commerce Drive,   Amherst, NY 14228-2391
5237963        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2019 19:11:44     Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,   PO Box 939069,   San Diego, CA 92193-9069
5237964         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2019 19:16:51
                 PRA Receivables Management, LLC,   d/b/a Portfolio Recovery Associates,   PO Box 41067,
                 Norfolk, VA 23541-1067
5245943        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2019 19:11:43
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5237965        +E-mail/Text: bankruptcydepartment@tsico.com Oct 18 2019 19:11:55     Transworld System, Inc.,
                 PO Box 15618,   Wilmington, DE 19850-5618
                                                                                     TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Larry D.  Smith, Jr. pmurphy@dplglaw.com,
                 kgreene@dplglaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                     TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Larry D. Smith Jr.,

**Debtor 1**

Chapter     13

Case No.     1:19–bk–03576–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 19, 2019<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 18, 2019 |

ntnew341 (04/18)