```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 19-03576-HWV
Larry D. Smith, Jr.                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: DeborahGe        Page 1 of 1          Date Rcvd: Nov 14, 2019
                          Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db             +Larry D. Smith, Jr.,    14731 Trout School Road,    Felton, PA 17322-8227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Larry D.  Smith, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    First Investors Servicing Corp.
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
Larry D. Smith : Chapter 13
    Debtor :
:
: Case No. 1:19-bk-03576-HWV
:

## ORDER TO SHOW CAUSE

    Hearing on the Trustee's Motion to Dismiss the above captioned case having been held on November 13, 2019, and it appearing that the Debtor has not yet filed his 2018 federal income tax return as required, it is hereby

    **ORDERED** that the Debtor shall have until December 11, 2019 to file the outstanding 2018 income tax return; and it is further

    **ORDERED** that should Debtor fail to file the outstanding 2018 income tax return on or before December 11, 2019, the case may be dismissed.

Dated: November 13, 2019      By the Court,

    *Henry W. Van Eck* (signature)
Henry W. Van Eck, Bankruptcy Judge (LS)