**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Larry D. Smith, Jr.<br>**Debtor 1** | **Chapter** 13 |
| | **Case No.** 1:19-BK-03576-HWV |
| | **Matter:** Application for Allowance of Compensation & Expenses |

**ORDER OF COURT**

UPON CONSIDERATION of the Application for Allowance of Compensation & Expenses and cause appearing therefore,

it is HEREBY ORDERED and DECREED that the Standing Chapter 13 Trustee is directed to disburse $697.13 to Paul D.

Murphy-Ahles, Esquire, Attorney for Debtor(s), pursuant to §1326(a)(2) and §503(b)(2) of the Bankruptcy Code.