```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03576-HWV
Larry D. Smith, Jr.                                                 Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: KarenDavi           Page 1 of 1             Date Rcvd: Jan 09, 2020
                             Form ID: ordsmiss         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db              +Larry D. Smith, Jr.,    14731 Trout School Road,    Felton, PA 17322-8227
cr              +First Investors Servicing Corp.,    c/o Morton & Craig LLC,    110 Marter Ave.,   Suite 301,
                  Moorestown, NJ 08057-3124
5237961         +KML Law Group, PC,    BNY Mellon Independence Center,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
5259630         +Lakeview Loan Servicing, LLC,    PO Box 840,    Buffalo, NY 14240-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5237958         +E-mail/Text: bankruptcynotices@fifsg.com Jan 09 2020 17:07:34
                  First Investors Financial Services,    380 Interstate North Parkway #300,
                  Atlanta, GA 30339-2222
5261541         +E-mail/Text: bankruptcynotices@fifsg.com Jan 09 2020 17:07:34
                  First Investors Servicing Corporation,    380 Interstate North Parkway Ste 300,
                  Atlanta, GA 30339-2222
5237959         +EDI: IRS.COM Jan 09 2020 22:08:00      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
5237960          EDI: JEFFERSONCAP.COM Jan 09 2020 22:08:00      Jefferson Capital Systems, LLC,
                  16 Mcleland Road,    PO Box 7999,   Saint Cloud, MN 56302-9617
5237960          E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 09 2020 17:07:46      Jefferson Capital Systems, LLC,
                  16 Mcleland Road,    PO Box 7999,   Saint Cloud, MN 56302-9617
5237962         +E-mail/Text: camanagement@mtb.com Jan 09 2020 17:07:33      M&T Bank,
                  Attn: Legal Document Processing,    626 Commerce Drive,    Amherst, NY 14228-2391
5237963         +EDI: MID8.COM Jan 09 2020 22:08:00      Midland Credit Management, Inc.,
                  8875 Aero Drive, Suite 200,    PO Box 939069,   San Diego, CA 92193-9069
5261087         +EDI: MID8.COM Jan 09 2020 22:08:00      Midland Funding LLC,    PO Box 2011,
                  Warren, MI 48090-2011
5237964          EDI: PRA.COM Jan 09 2020 22:08:00      PRA Receivables Management, LLC,
                  d/b/a Portfolio Recovery Associates,    PO Box 41067,    Norfolk, VA 23541-1067
5245943         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 17:07:39
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
5237965         +E-mail/Text: bankruptcydepartment@tsico.com Jan 09 2020 17:07:58      Transworld System, Inc.,
                  PO Box 15618,    Wilmington, DE 19850-5618
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Larry D.  Smith, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    First Investors Servicing Corp.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Larry D. Smith Jr., | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–03576–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: January 9, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

ordsmiss (05/18)